UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60147-CIV-COHN
MAGISTRATE JUDGE P.A. WHITE

ROSS LAMAR WILLIAMS,          :

    Plaintiff,            :
                                               <u>CORRECTED</u>
v.                            :   <u>REPORT THAT CASE IS</u>
                                                <u>READY FOR TRIAL</u>
DELLA ABRAHAM, et al.,        :

    Defendants.           :
_____

    This prisoner civil rights case was referred to the undersigned for preliminary proceedings pursuant to 28 U.S.C. §636(b)(1).

    The case was reported at issue. However, it appears that the dates entered in the pre-trial scheduling order, and all extensions will not have passed until December 26, 2008.

    It is therefore respectfully recommended that this case be held in abeyance and not placed upon the trial calendar of the District Judge at this time.

    The parties have until December 26, 2008 to file dispositive motions. If a motion for summary judgment is timely filed, it will be handled by the Undersigned Magistrate Judge. If no dispositive motions are timely filed by December 26, 2008, the case will be ready for trial.

    DONE AND ORDERED at Miami, Florida, this 11th day of December, 2008.

                                                                                     _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

```
cc:   Ross Lamar Williams, Pro Se
      DC #665879
      Jefferson Correctional Institution
      1050 Big Joe Road
      Monticello, FL 32344

      Richard T. Woulfe, Esq.
      Bunnel Woulfe et al
      100 S.E. Third Avenue
      Suite 900
      Fort Lauderdale, FL 33394
```