UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60147-CIV-COHN/WHITE

ROSS LAMAR WILLIAMS

    Plaintiff,

vs.

DEPUTY DELLA ABRAHAM and
JAMES MARTIN,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Magistrate Judge White's Report that Case is Ready for Trial [DE 88] and the Corrected Report that Case is Ready for Trial [DE 89]. The Court has considered the Reports and is otherwise advised in the premises. No objections to the Reports have been filed and the time for filing objections has passed.

The initial Report [DE 88] is superseded by the Corrected Report [DE 89]. The Corrected Report requests that this case be held in abeyance and not placed upon the trail calendar until Magistrate Judge White has resolved the dispositive motions. It is therefore

**ORDERED AND ADJUDGED** that Magistrate Judge White's Corrected Report that Case is Ready for Trial [DE 89] is **ADOPTED**. The case will not be placed on the trial docket until Magistrate Judge White has resolved the pending dispositive motions.

1

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 5th day of January, 2009.

_____
JAMES I. COHN
United States District Judge

Copies Provided to:
Ross Lamar Williams, *pro se*
Richard T. Woulfe, Esq.